**Order entered March 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00033-CR

---

### CHARLES WILLIAM BRYANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-2311**

---

## ORDER

The reporter's record is due April 5, 2019. On March 6, 2019, appellant filed his brief. As a general rule, an appellant's brief is not due until thirty days after the complete appellate record is filed. See TEX. R. APP. P. 38.6(a). Because the reporter's record in this case is due April 5, 2019, appellant's brief is not due until May 6, 2019. Furthermore, the brief filed by appellant does not comply with the rules of appellate procedure in that it does not contain appropriate citations to the record. TEX. R. APP. P. 38.1(i).

Therefore, we **STRIKE** the March 6, 2019 brief filed by appellant and **ORDER** appellant to file a brief that complies with rule 38.6 of the rules of appellate procedure **THIRTY DAYS** after the reporter's record is filed.

s/      LANA MYERS
        JUSTICE